```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

SCOTT O. CALLAHAN,            )
                              )
    Plaintiff,                )       Civil No. 18-389-JMH
                              )
v.                            )
                              )
FRANCISCO QUINTANA, ET AL.,   )       **JUDGMENT**
                              )
    Defendants.               )
                              )

               \*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the defendants with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 14th day of February, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge